IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

Ronald Lee Logan
Krista Lynn Logan
          Debtors

Bankruptcy No. 09-74742
Judge Manuel Barbosa
Chapter: 13

**PROVIDENT FUNDING ASSOCIATES, LP'S RESPONSE TO THE TRUSTEE'S NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATIONS**

NOW COMES Provident Funding Associates, LP in response to the Trustee's Notice of Cure of All Pre-petition Mortgage Obligations and states as follows:

1. That Provident Funding Associates, LP, agrees that all arrears listed in the Proof of Claim number 7, have been paid in full and no pre-petition arrears remain on the loan.
2. That Provident Funding Associates, LP, hereby gives notice that the Debtor is current on post petition Mortgage payments.
3. That Provident Funding Associates, LP hereby gives notice that all post petition fees listed on Exhibit A remain due and owing on the account, they shall not be discharged and Debtor will remain responsible for said fees.

        /s/ Rocio Herrera
        Rocio Herrera, IL ARDC #6303516

**CERTIFICATE OF MAILING**

TO:    Ronald Lee Logan, 211 Galway Dr., Cary, IL 60013
        Krista Lynn Logan, 211 Galway Dr., Cary, IL 60013
        Lydia Meyer, P.O. Box 14127, Rockford, IL 61105
        Jonathan D. Parker, 55 E. Monroe St., #3400, Chicago, IL 60603
        U.S. Trustee's Office, U.S. Trustee's Office, Suite 304, 780 Regent St., Madison, WI 53715

I, Rocio Herrera, an attorney, certify that I caused to be mailed copies of this response to the Debtors on April 18, 2013, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

        /s/ Rocio Herrera
        Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC

230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of: | |
| | Bankruptcy No. 09-74742 |
| Ronald Lee Logan | Judge Manuel Barbosa |
| Krista Lynn Logan | Chapter: 13 |
| Debtors | |

## EXHIBIT A

Outstanding fees as of March 28, 2013:
1. Title fee billed on  March 26, 2010     $400.00
2. Summons billed March 26, 2010        $130.00
3. Legal Fees for filing Notice of Defaults $100.00
    2 fees at $50.00 each 6/21/10, 2/9/12